**EXHIBIT 11**

Case 4:24-cv-02590 Document 15 Filed on 11/25/24 in TXSD Page 1 of 1

United States District Court
Southern District of Texas
**ENTERED**
November 25, 2024
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| *In re:* GALLERIA 2425 OWNER LLC | § § § § § § § § § § § | CIVIL ACTION NO. 4:24-CV-02590 |

# FINAL JUDGMENT

Appellant 2425 WL, LLC filed an appeal from an order of the bankruptcy court on July 11, 2024. (Doc. No. 1.) On November 21, 2024, the Court held a hearing and dismissed the bankruptcy appeal by granting the Motion to Dismiss Appeal. ECF No. 3.

Pursuant to Federal Rule of Civil Procedure 58(a), and for the reasons set forth on the record at the November 21 hearing, final judgment is hereby ENTERED for Appellee National Bank of Kuwait, SA.K.P., New York Branch.

**IT IS SO ORDERED.**

**SIGNED** at Houston, Texas on this the 21st day of November, 2024.

_____
KEITH P. ELLISON
UNITED STATES DISTRICT JUDGE