# **EXHIBIT 13**

THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

|  |  |  |
|---|---|---|
| In re: <br><br> GALLERIA 2425 OWNER, LLC, <br><br> Debtor. | ) ) ) ) ) ) ) ) ) ) | CIVIL ACTION NO. 4:24-CV-02590 |

_____

## NOTICE OF APPEAL
_____

Notice is hereby given that Creditor 2425 WL, LLC ("Appellant") appeals to the United States Court of Appeals for the Fifth Circuit from the Final Judgment dated November 21, 2024 (Dkt. No. 25), attached as **Exhibit 1.**

2425 WL, LLC is a creditor and party in interest in this bankruptcy case and was Appellant in the district court.

The other parties to the appeal and their attorneys include the following:

| | |
|---|---|
| National Bank of Kuwait, S.A.K.P., New York Branch <br> *Plan proponent* | Andrew M. Troop <br> Patrick E. Fitzmaurice <br> Kwame O. Akuffo <br> 31 West 52nd Street <br> New York, NY 10019-6131 <br> Telephone: (212) 858-1000 <br><br> Charles C. Conrad <br> Ryan Steinbrunner <br> 609 Main Street Suite 2000 <br> Houston, TX 77002 <br> Telephone: (713) 276-7600 |

| | |
|---|---|
| Christopher R. Murray<br>*Chapter 11 Trustee* | R. J. Shannon<br>Shannon & Lee LLP<br>2100 Travis Street, Suite 1525<br>Houston, TX 77002<br>Telephone: (713) 714-5770<br><br>Kyung Shik Lee<br>Kyung S. Lee PLLC<br>4723 Oakshire Drive Apt. B<br>Houston, TX 770027<br>Telephone: (713) 301-475 |

Respectfully submitted,

*/s/ J. Carl Cecere*

J. Carl Cecere
State Bar No. 13268300
(admitted pro hac vice)
**Cecere PC**
6035 McCommas Blvd.
Dallas, TX 75206
Telephone: 469-600-9455

*2425 WL, LLC and Ali Choudhri*

### CERTIFICATE OF SERVICE

The undersigned certifies that on this 5th day of December, 2024, a true and correct copy of the foregoing was served on the following in accordance with the CM/ECF e-filing system, and upon all others who have consented to service in this case by registering to receive notices in this case through the CM/ECF e-filing system.

*/s/ J. Carl Cecere*

**J. Carl Cecere**

# EXHIBIT 1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| *In re:* GALLERIA 2425 OWNER LLC § § § § § § § § § § § | CIVIL ACTION NO. 4:24-CV-02590 |

# FINAL JUDGMENT

Appellant 2425 WL, LLC filed an appeal from an order of the bankruptcy court on July 11, 2024. (Doc. No. 1.) On November 21, 2024, the Court held a hearing and dismissed the bankruptcy appeal by granting the Motion to Dismiss Appeal. ECF No. 3.

Pursuant to Federal Rule of Civil Procedure 58(a), and for the reasons set forth on the record at the November 21 hearing, final judgment is hereby ENTERED for Appellee National Bank of Kuwait, SA.K.P., New York Branch.

**IT IS SO ORDERED.**

**SIGNED** at Houston, Texas on this the 21st day of November, 2024.

_____
KEITH P. ELLISON
UNITED STATES DISTRICT JUDGE