# **EXHIBIT 28**

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | |
|---|---|
| In re: § | |
| § | Case No. 23-34815 (JPN) |
| **GALLERIA 2425 Owner, LLC** § | |
| § | Chapter 11 |
| Debtor. § | |

**SUPPLEMENT TO NATIONAL BANK OF KUWAIT, S.A.K.P, NEW YORK BRANCH'S EMERGENCY MOTION TO ENFORCE THE GATE-KEEPING PROVISIONS OF THE CONFIRMED CHAPTER 11 PLAN**
Related to ECF Nos. 758, 759 and 760

**TO THE HONORABLE JEFFREY P. NORMAN, U.S. BANKRUPTCY JUDGE:**

National Bank of Kuwait, S.A.K.P., New York Branch ("NBK") files this supplement to its Emergency Motion to Enforce the gate-keeping provisions in the confirmed and unstayed chapter 11 plan [*see* ECF No. 758] (the "Motion") to advise the Court that one of the lawsuits identified in the Motion was nonsuited earlier today on October 8, 2024, and so relief with respect to that lawsuit no longer appears required as requested in the Motion.

1. NBK filed the Motion on October 2, 2024 seeking two forms of relief in aid of enforcing and implementing the gate-keeping provisions of the confirmed plan of reorganization for the Debtor [see ECF No. 566] (the "Plan"): (a) a stay of the four actions identified in paragraph 7 of the Motion; and (b) entry of an order compelling the plaintiffs or proposed plaintiff-intervenor in those actions to comply with the gate-keeping provisions in the confirmed Plan by demonstrating that the claims asserted are colorable, non-estate claims against NBK.

2. One of the identified actions in the Motion is *Naissance Galleria, LLC v. NBK*, Cause No. 2023-41091 pending the District Court of Harris County, Texas, 129th Judicial District ("Naissance II").

3.  Earlier today, the Naissance II plaintiff filed the *Plaintiff's Motion for Nonsuit* attached as Exhibit A, stating that "Naissance Galleria, LLC wishes to nonsuit its claims against Defendant NATIONAL BANK OF KUWAIT, S.A.K.P., New York Branch and respectfully requests [the Harris County District Court] to dismiss same." Based on the *Plaintiff's Motion for Nonsuit*, it appears that no relief is required for Naissance II in respect of the Motion.

4.  NBK has filed this supplement to advise the Court and other interested parties of developing facts in advance of the hearing on the Motion scheduled for Thursday, October 10, 2024 at 1:30 p.m. (prevailing Central Time).

DATED: October 8, 2024

**PILLSBURY WINTHROP SHAW PITTMAN LLP**

*/s/ Andrew M. Troop*
Charles C. Conrad
Texas State Bar No. 24040721
Ryan Steinbrunner
Texas State Bar No. 24093201
609 Main Street Suite 2000
Houston, TX 77002
Telephone: (713) 276-7600
Facsimile: (713) 276-7634
charles.conrad@pillsburylaw.com
ryan.steinbrunner@pillsburylaw.com

- and -

Andrew M. Troop (Bar No. MA547179)
Patrick E. Fitzmaurice (admitted *pro hac vice*)
Kwame O. Akuffo (admitted *pro hac vice*)
31 West 52nd Street
New York, NY 10019-6131
Telephone: (212) 858-1000
Facsimile: (212) 858-1500
andrew.troop@pillsburylaw.com
patrick.fitzmaurice@pillsburylaw.com
kwame.akuffo@pillsburylaw.com

**Counsel for National Bank of Kuwait, S.A.K.P., New York Branch**

2

## CERTIFICATE OF SERVICE

      The undersigned certifies that on October 8, 2024, a true and correct copy of this document was served via the Court's CM/ECF system to all parties who are deemed to have consented to ECF electronic service, via email and/or U.S. first class mail, postage paid to all counsel in the Pending Actions and listed below, and also by mailing, first class, postage prepaid, to each of the parties on the attached service list.

Matías J. Adrogué
Leila M. El-Hakam
Matías J. Adrogué PLLC
1629 West Alabama Street
Houston, TX 77006
service@mjalawyer.com
*Counsel for Plaintiff in Naissance I*

James Q. Pope
The Pope Law Firm
6161 Savoy Drive Ste 1125
Houston, TX 77036
jamesp@thepopelawfirm.com
*Counsel for Plaintiff in Naissance I*

Rodney Drinnon
McCathern Houston
2000 West Loop South Ste 1850
Houston, TX 77027
rdrinnon@mccathernlaw.com
*Counsel for Defendant Azeemeh Zaheer in Naissance I*

David Tang
6711 Stella Link #343
West University Place, TX 77005
dtangattorney@gmail.com
*Counsel for Defendant Azeemeh Zaheer in Naissance I*

Omar Khawaja
Law Offices of Omar Khawaja, PLLC
5177 Richmond Ave, Ste 1065
Houston, TX 77056
omar@attorneyomar.com
*Counsel for Plaintiff in Naissance II*

David Tang
6711 Stella Link #343
West University Place, TX 77005
dtangattorney@gmail.com
*Counsel for Plaintiff in Naissance II*

Bradley Parker
2127 Bolsover Street
Houston, TX 77005
*Defendant in Naissance II*

Melissa S. Hayward
Hayward PLLC
10501 N. Central Expy Ste 106
Dallas, TX 75231
mhayward@haywardfirm.com
*Counsel for Plaintiffs in Galleria I*

James Q. Pope
The Pope Law Firm
6161 Savoy Drive Ste 1125
Houston, TX 77036
jamesp@thepopelawfirm.com
*Counsel for Plaintiffs in Galleria I*

      */s/ Andrew M. Troop*
      Andrew M. Troop

3

# **EXHIBIT A**

# CAUSE NO. <u>2023-41091</u>

| | | |
|---|---|---|
| NAISSANCE GALLERIA, LLC, § | | IN THE HARRIS COUNTY COURT |
|     PLAINTIFF § | | |
| § | | |
| VS. § | | 129th JUDICIAL DISTRICT COURT |
| § | | |
| NATIONAL BANK OF KUWAIT, § | | |
| S.A.K.P, New York Branch, et al. § | | |
|     DEFENDANTS. § | | HARRIS COUNTY, TEXAS |

## PLAINTIFF'S MOTION FOR NONSUIT

Plaintiff NAISSANCE GALLERIA, LLC files this its motion for nonsuit and would respectfully show the Court as follows:

Naissance Galleria, LLC wishes to nonsuit its claims against Defendant NATIONAL BANK OF KUWAIT, S.A.K.P, New York Branch and respectfully requests this Court to dismiss same[1].

Respectfully submitted,

**LAW OFFICES OF OMAR KHAWAJA, PLLC**

5177 Richmond Ave., Suite 1065
Houston, Texas 77056
(281) 888-2339 (phone)
(281) 888-2421 (fax)

            */s/*
OMAR KHAWAJA
State Bar No.: 24072181

---

[1] A plaintiff's nonsuit is effective immediately upon filing. *See Travelers Ins. Co. v. Joachim*, 315 S.W.3d 860, 862-63 (Tex. 2010).

Email: omar@attorneyomar.com

**E-Service Address:**
**service@attorneyomar.com**

_____
**David Tang**
**State Bar No. 24014483**
6711 Stella Link, #343
West University Pl., Texas 77005
(832) 287-2129
**dtangattorney@gmail.com**

**ATTORNEYS FOR PLAINTIFF NAISSANCE GALLERIA, LLC**

## CERTIFICATE OF SERVICE

I hereby certify a true and correct copy of the foregoing was served via electronic means on this the 8th day of October 2024.

_____
**David Tang**

2

# IN RE GALLERIA 2425 OWNER, LLC, CASE NO. 23-34815
## SERVICE LIST (a/o October 7, 2024)

**Debtor:**
Galleria 2425 Owner, LLC
1001 West Loop South Ste 700
Houston, TX 77027

**Debtor's Counsel:**
Reese W. Baker
Baker & Associates
950 Echo Lane Ste 300
Houston, TX 77024

James Q. Pope
The Pope Law Firm
616 Savoy Drive Ste 1125
Houston, TX 77036

**U.S. Trustee:**
Office of United States Trustee
Attn: Jana Smith Whitworth
515 Rusk Street Suite 3516
Houston, TX 77002

**Chapter 11 Trustee:**
Christopher R. Murray
602 Sawyer Street Ste 400
Houston, TX 77007

**Chapter 11 Trustee's Counsel:**
R. J. Shannon
Shannon & Lee LLP
2100 Travis Street Ste 1525
Houston, TX 77002

**Governmental Entities:**
Harris County Tax Assessor
P O Box 4622
Houston, TX 77210

Harris County, et al.
P O Box 2928
Houston, TX 77252-2928

**Twenty Largest Creditors:**
Caz Creek Lending
118 Vintage Park Blvd No. W
Houston, TX 77070

Cirro Electric
P O Box 60004
Dallas, TX 75266

City of Houston
P O Box 1560
Houston, TX 77251-1560

City of Houston Water Department
P O Box 1560
Houston, TX 77251-1560

Datawatch Systems
Suite 200
4520 East West Highway
Bethesda, MD 20814

Firetron
10101A Stafford Centre Dr.
Stafford, TX 77477

First Insurance Funding
450 Skokie Blvd
Northbrook, IL 60062

Gulfstream Legal Group
1300 Texas Street
Houston, TX 77002
(*Returned to Sender / Unable to Forward*)

Gulfstream Legal Group
720 N Post Oak Rd Ste 355
Houston, TX 77024

Hayward PLLC
10501 N Central Expy Ste 106
Dallas, TX 75231-2203

4866-9881-8541.v1

HNB Construction, LLC
521 Woodhaven
Ingleside, TX 78362

Houston Community College System
c/o Tara Grundemeier
Linebarger, Groggan, Blair & Sampson
P O Box 3064
Houston, TX 77253-3064

Houston Independent School District
P O Box 4668
Houston, TX 77210
(*Returned to Sender / Unable to Forward*)

Lexitas
P O Box 734298 Dept 2012
Dallas, TX 75373

Nationwide Security
2425 W Loop South Ste 300
Houston, TX 77027
(*Returned to Sender / Unable to Forward*)

Nichamoff Law Firm
2444 Times Blvd Ste 270
Houston, TX 77005

T&R Mechanical
21710 White Oak Drive
Conroe, TX 77306-8848
(*Returned to Sender / Unable to Forward*)

TKE
3100 Interstate North Cir SE 500
Atlanta, GA 30339

Zindler Cleaning Service Co.
2450 Fondren Ste 113
Houston, TX 77063

**Other Creditors / Interest Holders:**
2425 WL, LLC
60 West 2nd Street
Freeport, NY 11746

ADT
P O Box 382109
Pittsburgh, PA 15251

Ali Choudhri
1001 West Loop South 700
Houston, TX 77027

Ash Automated Control Systems, LLC
P O Box 1113
Fulshear, TX 77441

CFI Mechanical, Inc.
6109 Brittmoore Rd
Houston, TX 77041

CNA Insurance Company
P O Box 74007619
Chicago, IL 60674

Comcast
P O Box 60533
City of Industry, CA 91716

Environmental Coalition Inc.
P O Box 1568
Stafford, TX 77497

Ferguson Facilities Supplies
P O Box 200184
San Antonio, TX 78220

Jetall Companies Inc.
2425 West Loop South Ste 1100
Houston, TX 77027-4210

Kings 111 Emergency Communications
751 Canyon Drive Suite 100
Coppell, TX 75019

Logix Fiber Networks
P O Box 734120
Dallas, TX 75373

2

| | |
|---|---|
| Mueller Water Treatment<br>1500 Sherwood Forest Dr<br>Houston, TX 77043 | **Executory Contract Counterparties:**<br>2425 West Loop LLC dba Metwall Design Solutions LLC<br>2425 West Loop South Ste 800<br>Houston, TX 77027-4214<br>(*Returned to Sender / Unable to Forward*) |
| Smart Office Solutions<br>6623 Theall Road<br>Houston, TX 77066-1213<br>(*Returned to Sender / Unable to Forward*) | 2425 WL, LLC<br>13498 Pond Springs Rd<br>Austin, TX 78729-442<br>(*Returned to Sender / Unable to Forward*) |
| Waste Management<br>P O Box 660345<br>Dallas, TX 75266 | 2425 WL, LLC<br>700 Lavaca Street Ste 1401<br>Austin, TX 78701<br>(*Returned to Sender / Unable to Forward*) |
| Metwall Design Solutions LLC<br>10931 Day Road<br>Houston, TX 77043-4901 | Bankable Equities<br>2425 West Loop South Ste 600<br>Houston, TX 77027-4203 |
| US Retailers LLC d/b/a Cirro Energy<br>Attn: Bankruptcy Department<br>P O Box 3606<br>Houston, TX 77253-3606 | Boho Lounge<br>2425 West Loop South Ste 100<br>Houston, TX 77027-4205<br>(*Returned to Sender / Unable to Forward*) |
| Naissance Galleria, LLC<br>c/o Law Office of Nima Taherian<br>701 N Post Oak Rd Ste 216<br>Houston, TX 77024 | CNA Insurance Company<br>P O Box 74007619<br>Chicago, IL 60674 |
| H.N.B. Construction, LLC<br>c/o Malcolm D. Dishongh<br>P O Box 2347<br>Humble, TX 77347-2347 | Eyebrows 4UTX LLC<br>2425 West Loop South Ste 340b<br>Houston, TX 77027-4205 |
| CC2 TX, LLC<br>14800 Landmark Blvd Ste 400<br>Dallas, TX 75254 | First Insurance Funding<br>450 Skokie Blvd<br>Northbrook, IL 60062 |
| MacGeorge Law Firm<br>2921 E 17th St Bldg D Ste 6<br>Austin, TX 78702<br>(*Returned to Sender / Unable to Forward*) | G3 Global Services LLC<br>2425 West Loop South Ste 310<br>Houston, TX 77027-4208 |
| MacGeorge Law Firm<br>701 Tillery Street Ste 12<br>Austin, TX 78702 | Galloworks<br>2425 West Loop South Ste 400<br>Houston, TX 77027-4205 |

3

Jetall Companies Inc.
2425 West Loop South Ste 1100
Houston, TX 77027-4210

Kudrath Enterprises PLLC
2425 West Loop South Ste 350
Houston, TX 77027-4208

Nationwide Investigations & Security Inc.
2425 West Loop South Ste 300
Houston, TX 77027-4207
(*Returned to Sender / Unable to Forward*)

Shah Sloan LLC
2425 West Loop South Ste 501, 503 and 523
Houston, TX 77027-4205
(*Returned to Sender / Unable to Forward*)

SIBS International Inc.
2425 West Loop South Ste 900
Houston, TX 77027-4205
(*Returned to Sender / Unable to Forward*)

SIBS International Inc.
2425 West Loop South Ste 350
Houston, TX 77027
(*Returned to Sender / Unable to Forward*)

SprintCom Inc.
2425 West Loop South, Rooftop
Houston, TX 77027-4205
(*Returned to Sender / Unable to Forward*)

St. Christopher Holdings GP LLC
2425 West Loop South Ste 700
Houston, TX 77027-4205

UL Therapy
2425 West Loop South Ste 315
Houston, TX 77027-4211
(*Returned to Sender / Unable to Forward*)

Uptown Cosmetic and Implant Dentistry
2425 West Loop South Ste 333
Houston, TX 77027-4211

**Parties Requesting Notice:**
Jeannie Lee Andressen
Tara Grundemeier
Linebarger Goggan Blair & Sampson LLP
P O Box 3064
Houston, TX 77253-3064
*Counsel for City of Houston, Houston Community College System, and Houston ISD*

Rodney Lee Drinnon
McCathern Houston
2000 West Loop South Ste 1850
Houston, TX 77027
*Counsel for Rodney Drinnon*

Susan Fuertes
Harris County Attorney's Office
P O Box 2928
Houston, TX 77252-2928
*Counsel for Harris County, Attn: Property Tax Division*

James Robert MacNaughton
Porter & Powers PLLC
5900 Memorial Drive Ste 305
Houston, TX 77027
*Counsel for 2425 West Loop, LLC*
(*Returned to Sender / Unable to Forward*)

James Robert MacNaughton
Porter & Powers PLLC
1776 Yorktown St Ste 300
Houston, TX 77056
*Counsel for 2425 West Loop, LLC*
(*Returned to Sender / Unable to Forward*)

James Robert MacNaughton
Porter Firm, PLLC
2221 S. Voss Road, Suite 200
Houston, TX 77057
*Counsel for 2425 West Loop, LLC*

4

Stephen Wayne Sather
Mark E. Smith
Barron Newburger, P.C.
7320 N Mopac Expy Ste 400
Austin, TX 78731
*Counsel for 2425 WL, LLC*
*(Withdrawn 10/7/24*

J. Carl Cecere
Cecere PC
6035 McCommas Blvd
Dallas, TX 75206
*Counsel for 2425 WL, LLC*

Howard Marc Spector
Spector & Cox, PLLC
12770 Coit Road Ste 850
Dallas, TX 75251
*Counsel for CC2 TX, LLC*

Broocks Wilson
Kean Miller LLP
711 Louisiana Suite 1800
Houston, TX 77002
*Counsel for Sonder USA Inc.*

Ali Choudhri
2425 West Loop South 11th Floor
Houston, TX 77027

David Tang
6711 Stella Link #343
West University Place, TX 77005
*Counsel for Azeemeh Zaheer*

Omar Khawaja
5177 Richmond Ave Ste 1065
Houston, TX 77056
*Counsel for Azeemeh Zaheer*

5

4866-9881-8541.v1