# United States Court of Appeals for the Fifth Circuit

United States Courts
Southern District of Texas
FILED
*July 24, 2026*
Nathan Ochsner, Clerk of Court

United States Court of Appeals
Fifth Circuit
**FILED**
July 24, 2026
Lyle W. Cayce
Clerk

No. 26-20207

IN THE MATTER OF GALLERIA 2425 OWNER, L.L.C.,

*Debtor*,

ALI CHOUDHRI,

*Appellant*,

*versus*

NATIONAL BANK OF KUWAIT, S.A.K.P., NEW YORK BRANCH,

*Appellee*.

Appeal from the United States District Court
for the Southern District of Texas
USDC No. 4:24-CV-4836

CLERK'S OFFICE:

Under 5TH CIR. R.42.3, the appeal is dismissed as of July 24, 2026, for want of prosecution. The appellant failed to timely file the transcript order.

LYLE W. CAYCE
Clerk of the United States Court
of Appeals for the Fifth Circuit

By: ______________________
Jacob Keel, Deputy Clerk

ENTERED AT THE DIRECTION OF THE COURT

# *United States Court of Appeals*

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

July 24, 2026

Mr. Nathan Ochsner
Southern District of Texas, Houston
United States District Court
515 Rusk Street
Room 5300
Houston, TX 77002

No. 26-20207 Choudhri v. Natl Bank of Kuwait
USDC No. 4:24-CV-4836

Dear Mr. Ochsner,

Enclosed is a copy of the judgment issued as the mandate.

Sincerely,

LYLE W. CAYCE, Clerk

By: ______________________
Jacob A. Keel, Deputy Clerk

cc w/encl:
Mr. Charles Clayton Conrad
Mr. Lawrence James Dickinson
Mr. Justin Peter Louis Rayome
Ms. Gia Samavati
Mr. Andrew M. Troop